```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

DEBRA MANSFIELD,

                Plaintiff,

vs.                                   Case No.  2:07-cv-401-FtM-29SPC

CASTAWAYS BACKWATER CAFE, INC., a
Florida corporation, d/b/a CASTAWAYS
BACKWATER CAFE, and TEDDI ROZE,
individually,

                Defendants.
_____

**OPINION AND ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #48), filed August 4, 2008, recommending that the parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement [sic] (Doc. #47) be approved.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. §

636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #48) is hereby **accepted** and **adopted**.

2. The parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement [sic] (Doc. #47) is **GRANTED** and the Settlement Agreement and Full and Final Mutual Release of All Claims (Doc. #47-2) is approved as fair and reasonable.

3. The Clerk shall enter judgment dismissing the case, including any counterclaims, with prejudice except as otherwise provided by the settlement.

4. The Clerk is further directed to terminate all pending motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of August, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties